# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors , & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/15/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor (name(s) used by the debtor in the last 6 years, including married, maiden, trade, and address):
 Richard A. Stehl
 aka Richard Alan Stehl
 2424 Promenade Blvd. #2
 Montgomery, AL 36106–3905

| Case Number:<br>05–33989 | Social Security/Taxpayer ID Nos.:<br>xxx–xx–9141 |
|---|---|
| Attorney for Debtor (name and address):<br>Richard A. Lawrence<br>P. O. Box 4633<br>Montgomery, AL 36103–4633<br>Telephone number:  334 263–2000 | Bankruptcy Trustee (name and address):<br>Susan S. DePaola<br>1726 West Second Street<br>Suite B<br>Montgomery, AL 36106<br>Telephone number:  334 262–1600 |

## Meeting of Creditors:

 Date:  **November 23, 2005**                    Time:  **02:30 PM**
 Location:  **U.S. Bankruptcy Court, One Church Street, Courtroom 4E, Montgomery, AL 36104**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 1/23/06

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property, and certain codebtors. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>PO Box 1248<br>Montgomery, AL 36102<br>Telephone number:  334–954–3800 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>Richard S. Oda |
|---|---|
| Hours Open:  Monday – Friday 8:30 AM – 4:30 PM | Date:  10/16/05 |

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

## —— Refer to Other Side for Important Deadlines and Notices ——

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

District/off: 1127-2        User: admin              Page 1 of 2                Date Rcvd: Oct 18, 2005
Case: 05-33989             Form ID: b9a             Total Served: 37

```
The following entities were served by first class mail on Oct 21, 2005.
db          Richard A. Stehl,   2424 Promenade Blvd. #2,   Montgomery, AL  36106-3905
aty         Richard A. Lawrence,   P. O. Box 4633,   Montgomery, AL  36103-4633
tr         +Susan S. DePaola,   126 West Second Street,   Suite B,   Montgomery, AL  36106-1546
1256806    +AEP SOUTHWESTERN ELECTRIC POWE,   C/O NCO FINANCIAL SYSTEMS, INC,   P. O. BOX 8529,
            PHILADELPHIA, PA 19101-8529
1256804    +AEP SOUTHWESTERN ELECTRIC POWE,   C/O NCO FINANCIAL SYSTEMS, INC,   507 PRUDENTIAL ROAD,
            HORSHAM, PA 19044-2308
1256805    +AEP SOUTHWESTERN ELECTRIC POWE,   C/O NCO FINANCIAL SYSTEMS, INC,   P. O. BOX 41418, DEPT. 13,
            PHILADELPHIA, PA 19101-1418
1256808     ASSET ACCEPTANCE LLC,   P. O. BOX 2039,   WARREN, MI  48090-2039
1256809     AT&T,   C/O FINANCIAL SYSTEMS, INC,   P. O. BOX 41457,   PHILADELPHIA, PA  19101-1457
1256810     BALTIMORE GAS & ELECTRIC,   P. O. BOX 1431,   BALTIMORE, MD  21203-1431
1256811    +BALTIMORE GAS AND ELECTRIC CO.,   P. O. BOX 1475,   BALTIMORE, MD 21203-1475
1256835    +BETTY STEHL,   5099 NORTHAMPTON DRIVE,   FT. MYERS, FL 33919-1918
1256812    +CHESAPEAKE CREDIT INC.,   4920 NIAGARA ROAD, SUITE 300,   COLLEGE PARK, MD 20740-1110
1256813     CITIBANK,   CREDIT CARD PROCESSING CENTER,   P. O. BOX 15085,   WILMINGTON, DE  19850-5085
1256815    +COLLECTECH SYSTEMS, INC.,   ACCOUNTING DEPARTMENT,   P. O. BOX 361744,   COLUMBUS, OH 43236-1744
1256814    +COLLECTECH SYSTEMS, INC.,   CONSUMER SERVICE DEPT.,   P. O. BOX 4157,
            WOODLAND HILLS, CA 91365-4157
1256816    +COLONIAL GRAND AT PROMENADE,   2400 CENTRAL PARKWAY,   MONTGOMERY, AL 36106-3139
1256817     COMPLETE OUTSOURCING SOLUTIONS,   P. O. BOX 95455,   PALATINE , IL  60095-0455
1256819    +EFG PLATINUM LOAN,   ORIGINATING CENTER,   P. O. BOX 2009,   SIOUX FALLS, SD 57101-2009
1256821     LEADING EDGE RECOVERY SOLUTION,   8550 W. BRYN MAWR AVE STE 350,   CHICAGO, IL  60631-3221
1256820     LEADING EDGE RECOVERY SOLUTION,   P. O. BOX 505,   LINDEN, MI  48451-0505
1256822     LOAN SERVICES,   P. O. BOX Q,   AUSTIN, TX  78713-8917
1256824     MIDLAND CREDIT MANAGEMENT INC.,   P. O. BOX 939019,   SAN DIEGO, CA  92193-9019
1256823     MIDLAND CREDIT MANAGEMENT INC.,   DEPARTMENT 8870,   LOS ANGELES, CA  90084-8870
1256825    +NCO FINANCIAL SYSTEMS, INC.,   9009 CORPORATE LAKES DRIVE,   SUTIE 300-BD,   TAMPA, FL 33634-2367
1256826    +RUSSELL AUTOMOTIVE COLLISON CE,   1501 SOUTH CATON AVENUE,   HALETHORPE, MD 21227-1126
1256827     SALLIE MAE,   1002 ARTHUR DRIVE,   LYNN HAVEN, FL  32444-1683
1256828     SALLIE MAE SERVICING CORP,   P. O. BOX 4700,   WILKES BARRE, PA  18773-4700
1256829    +SHREVEPORT EYE CLINIC,   C/O CREDIT BUREAU OF GREATER,   P. O. BOX 1107,
            SHREVEPORT, LA 71163-1107
1256830    +SHREVEPORT EYE CLINIC,   C/O CREDIT BUREAU OF GREATER,   620 CROCKETT STREET,
            SHREVEPORT, LA 71101-3604
1256831     SOUTHWEST FLORIDA REG. ME,   C/O NCO FINANCIAL SYSTEMS, INC,   P. O. BOX 13584,
            PHILADELPHIA, PA  19101-3584
1256832    +SOUTHWEST FLORIDA REG. ME,   C/O NCO FINANCIAL SYSTEMS INC,   P. O. BOX 41421 DEPT 33,
            PHILADELPHIA, PA 19101-1421
1256833     SPRINT PCS,   C/O DIVERSIFIED ADJUSTMENT SER,   P. O. BOX 32145,   FRIDLEY, MN  55432-0145
1256834    +SPRINT, PCS,   C/O DIVERSIFIED ADJUSTMENT SER,   600 COON RAPIDS BLVD.,
            COON RAPIDS, MN 55433-5453
1256837     T-MOBILE,   P. O. BOX 790047,   ST. LOUIS , MO  63179-0047

The following entities were served by electronic transmission on Oct 20, 2005 and receipt of the transmission
was confirmed on:
1256807     EDI: ACCE.COM Oct 20 2005 01:56:00     ASSET ACCEPTANCE LLC,   P. O. BOX 9063,
            BRANDON, FL  33509-9063
1256813     EDI: CITICORP.COM Oct 20 2005 01:56:00     CITIBANK,   CREDIT CARD PROCESSING CENTER,
            P. O. BOX 15085,   WILMINGTON, DE  19850-5085
1256818     EDI: DISCOVER.COM Oct 20 2005 01:55:00     DISCOVER,   P. O. BOX 15251,
            WILMINGTON, DE  19886-5251
1256824     EDI: MID8.COM Oct 20 2005 01:56:00     MIDLAND CREDIT MANAGEMENT INC.,   P. O. BOX 939019,
            SAN DIEGO, CA  92193-9019
1256823     EDI: MID8.COM Oct 20 2005 01:56:00     MIDLAND CREDIT MANAGEMENT INC.,   DEPARTMENT 8870,
            LOS ANGELES, CA  90084-8870
1256838     EDI: AFNIVZWIRE.COM Oct 20 2005 01:56:00     VERIZON WIRELESS,   P. O. BOX 17577,
            BALTIMORE, MD  21297-0513
                                                                            TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1256836*   +BETTY STEHL,   5099 NORTHAMPTON DRIVE,   FT. MYERS, FL 33919-1918
1256803*   +RICHARD A. LAWRENCE,   P.O. Box 4633,   MONTGOMERY, AL 36103-4633
1256802*    RICHARD A. STEHL,   2424 PROMENADE BLVD. #2,   MONTGOMERY, AL  36106-3905
                                                                            TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2005**                    **Signature:**