IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                              *
                                    *
Richard A. Stehl                    * CASE NO. 05-33989
                                    * CHAPTER 7
    Debtor.                         *

## REAFFIRMATION AGREEMENT WITH BETTY STEHL

When the petition was filed in this case, the Debtor was indebted to the undersigned holder of a claim (Betty Stehl) for a balance of approximately $8,000.00. Except for this Agreement, that balance would be discharged.

The Debtor desires to reaffirm his indebtedness to the creditor and the creditor accepts and agrees to the reaffirmation under the following terms: Debtor and creditor agree that the balance will be paid according to the terms of the original agreement. Debtor and creditor further agree that creditor will continue to have a security interest in the 2004 Ford Taurus.

DEBTOR MAY RESCIND THIS AGREEMENT AT ANY TIME BEFORE DISCHARGE OR WITHIN SIXTY (60) DAYS AFTER THIS AGREEMENT IS FILED WITH THE COURT, WHICHEVER IS LATER, BY GIVING NOTICE OF RESCISSION TO THE CREDITOR.

THE DEBTOR UNDERSTANDS THAT THIS AGREEMENT IS NOT REQUIRED UNDER THE BANKRUPTCY CODE (Title 11 of the United States Code), UNDER NONBANKRUPTCY LAW, OR UNDER ANY OTHER AGREEMENT.

1

Case 05-33989   Doc 10   Filed 12/05/05   Entered 12/05/05 10:09:35   Desc Main
Document      Page 1 of 2
12-05-05.max

DATE: 11-18- , 2005                     *Betty Stehl*
         Nov 18,                          Betty Stehl, Individual
                                          5099 Northampton Drive
                                          Ft. Myers, FL 33319


                                          _____
                                          Richard A. Stehl
                                          Debtor

                                          DATE: _____11/24/05_____


### DECLARATION BY ATTORNEY FOR DEBTOR

I represented the Debtor during the course of negotiating the above Reaffirmation Agreement. To the best of my knowledge, information, and belief the Agreement represents a fully informed and voluntary agreement by the Debtor, and does not impose an undue hardship on the Debtor or a dependent of Debtor. Further, I have fully advised the Debtor of the legal effect and consequences of this reaffirmation agreement and any default under this agreement.

_____
RICHARD A. LAWRENCE  11/23/05
Attorney for Debtor

2