## UNITED STATES BANKRUPTCY COURT

## Middle District of Alabama

In re:  
**Richard A. Stehl**  
    Debtor

Case No.: 05–33989  
Chapter: 7

## NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4D, Montgomery, AL 36104

on 1/9/07 at 10:00 AM

to consider and act upon the following:

*15* – Debtor's Motion to Reopen Chapter 7 Case . Fee Amount $220. Filed by Richard A. Lawrence on behalf of Richard A. Stehl. (Lawrence, Richard)

Dated: 12/21/06

Richard S. Oda  
Clerk, U.S. Bankruptcy Court