# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 05-33989-WRS |
| | Chapter 7 |
| RICHARD A. STEHL, | |
| Debtor | |

## ORDER GRANTING MOTION TO REOPEN CASE

For the reasons set forth on the record on January 9, 2006, on the debtor's motion to reopen this Chapter 7 case (Doc. 15), it is

ORDERED that the motion to reopen is GRANTED.

It is FURTHER ORDERED that this case shall remain open 30 days from the date of this order.

Done this 17th day of January, 2007.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Richard A. Lawrence, Attorney for Debtor
Daniel G. Hamm, Trustee