# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                          Case No. 05-33989-WRS
                                               Chapter 7
RICHARD A. STEHL,

    Debtor

## ORDER GRANTING MOTION TO REOPEN CASE

For the reasons set forth on the record on January 9, 2006, on the debtor's motion to reopen this Chapter 7 case (Doc. 15), it is

ORDERED that the motion to reopen is GRANTED.

It is FURTHER ORDERED that this case shall remain open 30 days from the date of this order.

Done this 17th day of January, 2007.

                /s/ William R. Sawyer
                United States Bankruptcy Judge

c: Richard A. Lawrence, Attorney for Debtor
   Daniel G. Hamm, Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 1127-2         User: jcanada           Page 1 of 1              Date Rcvd: Jan 18, 2007
Case: 05-33989               Form ID: pdfSOME        Total Served: 1

The following entities were served by first class mail on Jan 20, 2007.
db          Richard A. Stehl,    2424 Promenade Blvd. #2,   Montgomery, AL   36106-3905

The following entities were served by electronic transmission.
NONE.                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 20, 2007                    Signature:    _Joseph Speetjens_