IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ARROWOOD INDEMNITY CO.,        )
                               )
              Plaintiff,        )
                               )
      v.                        )        CASE NO. 2:11-CV-101-WKW
                               )
RICHARD A. STEHL,               )
                               )
              Defendant.        )

## ORDER

Upon consideration of the Defendant's unopposed Motion to Refer to Bankruptcy Court (Docs. # 8, 13), and the court's finding that this case relates to the dischargeability of a previous debt under Title 11 (Docs. # 8, 13; 28 U.S.C. § 157(b)(2)(I)), it is ORDERED that this case is referred to the Bankruptcy Court pursuant to 28 U.S.C. § 157(a) and the Middle District of Alabama's General Order of Reference Bankruptcy Matters.

DONE this 22nd day of April, 2011.


_____/s/ W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE