CLOSED

# U.S. District Court
## Alabama Middle District (Montgomery)
### CIVIL DOCKET FOR CASE #: 2:11-cv-00101-WKW -WC
**Internal Use Only**

| | |
|---|---|
| Arrowood Indemnity Co. v. Stehl | Date Filed: 02/10/2011 |
| Assigned to: Honorable William Keith Watkins | Date Terminated: 04/22/2011 |
| Referred to: Honorable Wallace Capel, Jr | Jury Demand: None |
| Demand: $19,000 | Nature of Suit: 890 Other Statutory Actions |
| Case in other court: CC of Montgomery County, AL, CV-10-01107 | Jurisdiction: Federal Question |
| Cause: 28:1452 Removal of claims related to bankruptcy case | |

**Plaintiff**

**Arrowood Indemnity Co.**  represented by  **Leonard M. Schwartz**
*Successor to*  1609 Richard Arrington Jr. Blvd. South
*formerly known as*  Birmingham, AL 35205
TuitionGuard  205-933-9451
  Email: lmslaw@bham.rr.com
  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Richard A. Stehl**  represented by  **Richard Alfred Lawrence**
  Law Office of Richard Lawrence
  P. O. Box 4633
  Montgomery, AL 36103-4633
  334-263-2000
  Fax: 334-263-9086
  Email: richard@rlawrencelaw.com
  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/10/2011 | 1 | NOTICE OF REMOVAL by Richard A. Stehl from Circuit Court of Montgomery County, Alabama, case number CC-2010-01107. ( Filing fee $ 350.00 receipt number 4602017365) (Attachments: # 1 Exhibit 1, # 2 Exhibit Complaint in State Court, # 3 Civil Filing Fee Receipt)(scn, ) (Entered: 02/15/2011) |
| 02/10/2011 | | COMPLAINT against Richard A. Stehl, filed by Arrowood Indemnity Co.. (No PDF document attached to this entry; see Docket Entry 1 for document.)(scn, ) (Entered: 02/15/2011) |

| | | |
|---|---|---|
| 02/11/2011 | 2 | NOTICE of filing Notice of Removal, by Richard A. Stehl. (scn, ) (Entered: 02/15/2011) |
| 02/15/2011 |  | NOTICE of Assignment to Magistrate Judge mailed to counsel for Plaintiff Arrowood Indemnity Co. and Defendant Richard A. Stehl. (No PDF document attached to this entry.) (scn, ) (Entered: 02/15/2011) |
| 02/15/2011 | 3 | Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement sent to Arrowood Indemnity Co.. Corporate Disclosures due by 2/25/2011. (Attachments: # 1 Standing Order and Sample Format)(scn, ) (Entered: 02/15/2011) |
| 02/15/2011 | 4 | Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement sent to Richard A. Stehl. Corporate Disclosures due by 2/25/2011. (Attachments: # 1 Standing Order and Sample Format)(scn, ) (Entered: 02/15/2011) |
| 02/17/2011 | 5 | *Defendant's* ANSWER to Complaint by Richard A. Stehl.(Lawrence, Richard) (Entered: 02/17/2011) |
| 02/17/2011 | 6 | Corporate/Conflict Disclosure Statement by Richard A. Stehl re 4 Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement. (Lawrence, Richard) (Entered: 02/17/2011) |
| 02/17/2011 |  | (Court only) ***Conflict Statement Deadline for Defendant set by 4 Notice terminated per 6 Statement. (br, ) (Entered: 02/18/2011) |
| 03/15/2011 | 7 | ORDER directing that on or before April 5, 2011, each party shall complete and file with the Clerk of the Court the attached form in order to confirm the party's consent to the Magistrate Judge's jurisdiction, as further set out; further ORDERED that the Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than April 8, 2011. Signed by Honorable Wallace Capel, Jr on 3/15/11. (scn, ) Modified on 3/16/2011 to add the Rule 26(f) deadline (qc/scn, ). (Entered: 03/15/2011) |
| 03/15/2011 |  | Set Deadlines: Rule 26 Meeting Report due on or before April 8, 2011. (No PDF document; see 7 Order.) (scn, ) (Entered: 03/16/2011) |
| 04/04/2011 | 8 | MOTION To Refer To Bankrupcty Court by Richard A. Stehl. (Attachments: # 1 General Order of Reference Bankrupcty Matters) (Lawrence, Richard) (Entered: 04/04/2011) |
| 04/07/2011 | 9 | REPORT of Rule 26(f) Planning Meeting. (Lawrence, Richard) (Main Document 9 replaced on 4/7/2011 to reflect addition of consent statement to e-file on behalf of opposing counsel) (qc/scn, ). (Entered: 04/07/2011) |
| 04/07/2011 | 10 | NOTICE of PDF Correction re 9 Report of Rule 26(f) Planning Meeting to reflect addition of consent statement to e-file on behalf of opposing counsel. (Attachments: # 1 Corrected Main Document of Docket Entry 9 .)(scn, ) (Entered: 04/07/2011) |
| 04/13/2011 | 11 | Case reassigned to Honorable William Keith Watkins and Honorable Wallace Capel, Jr. Honorable Wallace Capel, Jr no longer assigned to the case as presiding judge. (cc, ) (Entered: 04/13/2011) |

| | | |
|---|---|---|
| 04/20/2011 | 12 | ORDER re 8 MOTION To Refer To Bankrupcty Court directing that Plaintiff file a response to the Motion on or before May 3, 2011. Signed by Honorable William Keith Watkins on 4/20/11. (scn, ) (Entered: 04/20/2011) |
| 04/20/2011 | 13 | RESPONSE to Motion re 8 MOTION To Refer To Bankrupcty Court filed by Arrowood Indemnity Co.. (Schwartz, Leonard) (Entered: 04/20/2011) |
| 04/22/2011 | 14 | ORDER directing that, upon consideration of the Defendant's unopposed Motion to Refer to Bankruptcy Court (Docs. 8 , 13 ), and the court's finding that this case relates to the dischargeability of a previous debt under Title 11 (Docs. 8 , 13 ; 28 U.S.C. § 157(b)(2)(I)), it is ORDERED that this case is referred to the Bankruptcy Court pursuant to 28 U.S.C. § 157(a) and the Middle District of Alabama's General Order of Reference Bankruptcy Matters. Signed by Honorable William Keith Watkins on 4/22/11. (Attachments: # 1 Civil Appeals Checklist)(scn, ) (Entered: 04/22/2011) |
| 04/22/2011 | | (Court only) ***Civil Case Terminated pursuant to 14 Order. (scn, ) (Entered: 04/22/2011) |