RECEIVED

FEB 1 1 2011

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| ARROWOOD INDEMNITY CO. ) <br> SUCCESSOR TO TUITIONGUARD ) <br> Plaintiff ) <br> ) <br> Vs. ) <br> ) <br> RICHARD A. STEHL ) <br> Defendant ) <br> ) | Case No. : CV-2010-1107 |

### NOTICE OF REMOVAL TO FEDERAL COURT

Comes now the Defendant, Richard A. Stehl, who herewith provides this Honorable Court with a copy of the Notice of Removal (attached hereto) filed in the United States District Court for the Middle District of Alabama on February 10, 2011.

Done this the 10th day of February, 2011.

_/s/ Richard Lawrence_
Richard A. Lawrence
Attorney for Defendant Richard A. Stehl

**OF COUNSEL;**
Richard A. Lawrence  LAW006
608 South Hull Street
P.O. Box 4633
Montgomery, AL  36103
(334) 263-2000
Fax: (334) 263-9086
richard@rlawrencelaw.com

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following parties listed below by placing a copy of the same in the United States Mail, first class postage prepaid and properly addressed, or by electronic mail on this the 10th day of February, 2011:

Leonard M. Schwartz
1609 Richard Arrington Jr. Blvd. South
Birmingham, AL 35205

_/s/ Richard Lawrence_
Richard A. Lawrence
Attorney for the Plaintiff