IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

Arrowood Indemnity Co.
_____,
Plaintiff,

v.

Richard A. Stehl
_____,
Defendants,

CASE NO. 2:11-cv-00101-WC

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Richard A. Stehl__, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

2/17/2011
Date

(Signature)

Richard A. Lawrence
(Counsel's Name)

Richard A. Stehl
Counsel for (print names of all parties)
P.O. Box 4633
Montgomery, AL 36104
Address, City, State Zip Code
334-263-2000
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, Richard A. Lawrence_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid or electronic (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17th day of February 20 11, to:

Leonard M. Schwartz, 1609 Richard Arrington Jr. Blvd. South, Birmingham, AL 35205

2/17/2011
Date

_[signature: Richard Lawrence]_
Signature