IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ARROWOOD INDEMNITY CO., SUCCESSOR TO TUITIONGUARD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:11-cv-101-WC |
| RICHARD A. STEHL, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

Previously, the parties were notified of the assignment of this case to a Magistrate Judge and their right to request reassignment. Any party to this lawsuit has the right to consent to, or decline to consent to, the exercise of jurisdiction of a Magistrate Judge, without adverse consequences. The parties have not requested reassignment. In order to consent to the jurisdiction of the Magistrate Judge, the parties must indicate such consent in writing. Accordingly, it is

ORDERED that, on or before **April 5, 2011**, each party shall complete and file **with the Clerk of the Court** the attached form in order to confirm the party's consent to the Magistrate Judge's jurisdiction. The form should not be filed electronically. Rather, the form should be mailed to the following address:

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101-071

The parties are hereby reminded of the obligation, imposed by Rule 26(f) of the Federal Rules of Civil Procedure, to confer and to develop a **joint** proposed discovery plan. Accordingly, it is

ORDERED that the Rule 26(f), Federal Rules of Civil Procedure, report containing the discovery plan shall be filed as soon as practicable but not later than **April 8, 2011.**

Done this 15th day of March, 2011.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ARROWOOD INDEMNITY CO., SUCCESSOR TO TUITIONGUARD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:11-cv-101-WC |
| RICHARD A. STEHL, | ) ) | |
| Defendant. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____        _____
DATE                                                              SIGNATURE

_____
COUNSEL FOR (print name of all parties)

_____
ADDRESS, CITY, STATE, ZIP CODE

_____
TELEPHONE NUMBER

**\*\*\*  DO NOT FILE THIS DOCUMENT ELECTRONICALLY \*\*\***

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

# EXPLANATION OF ASSIGNMENT TO
# UNITED STATES MAGISTRATE JUDGE

This civil case has been randomly assigned to a United States Magistrate Judge of this court.  In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or nonjury civil case and order the entry of final judgment upon the consent of all parties to a case.  Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

Any party to this lawsuit has the right to consent or decline consent to the jurisdiction of a Magistrate Judge.  To exercise your right to consent you should complete the consent form and return it to the Clerk of the Court as indicated in the court's order.  Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge.  If you decline consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge.