**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 7, 2011

**NOTICE OF CORRECTION**

```
From:          Clerk's Office

Case Style:    Arrowood Indemnity Co. v. Stehl

Case Number:   2:11-cv-00101-WC


This Notice of Correction was filed in the referenced case this
date to correct the PDF document previously attached by the e-filer
to reflect the addition of the consent statement authorizing e-
filing on behalf of opposing counsel.

The corrected PDF document is attached to this notice for your
review.  Reference is made to Docket Entry #9 filed on April 7,
2011.
```