IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARROWOOD INDEMNITY CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:11-CV-101-WKW |
| | ) |
| RICHARD A. STEHL, | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

Upon consideration of the Motion to Refer to Bankruptcy Court (Doc. # 8), it is

ORDERED that Plaintiff file a response to the Motion on or before **May 3, 2011**.

DONE this 20th day of April, 2011.

                                                                  /s/ W.  Keith Watkins
                                                       UNITED STATES DISTRICT JUDGE