IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARROWOOD INDEMNITY CO., ) | |
| ) | |
|    PLAINTIFF, ) | |
| ) | |
| VS. ) | CASE NO. 2:11-CV-101-WKW |
| ) | |
| RICHARD A. STEHL, ) | |
| ) | |
|    DEFENDANT. ) | |

PLAINTIFF'S RESPONSE TO
MOTION TO REFER TO BANKRUPTCY COURT

COMES NOW the Plaintiff through its attorney and responds that it does not object to this cause being referred to the Bankruptcy Court for the Middle District of Alabama.

Respectfully submitted,

/s/ Leonard M. Schwartz
Leonard M. Schwartz, Attorney for Plaintiff
1609 Richard Arrington Jr. Blvd. South
Birmingham, AL 35205
(205) 933-9451
lmslaw@bham.rr.com

## CERTIFICATE OF SERVICE

  By my signature below, I certify that I served a copy of the foregoing on each person below by:

_____  U.S.P.S., First Class, Postage Paid

_____  Hand Delivery

<u>XX</u>     ECF/CMF

Richard A. Lawrence, Attorney for Defendant
608 South Hull St.
P.O. Box 4633
Montgomery, AL 36103
Richard@rlawrencelaw.com

  This the 20th day of April 2011.

              <u>/s/ Leonard M. Schwartz</u>
              Leonard M. Schwartz, Attorney for Plaintiff